CLERK'S OFFICE
A TRUE COPY
Aug 19, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

United States of America
v.
Angel Barajas-Baltazar

*Defendant(s)*

Case No. 26-MJ-122

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 14, 2026 in the county of Waukesha in the Eastern District of Wisconsin, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a)(2) | Illegal re-entry into U.S. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

JEREMY M SCHULTZ Digitally signed by JEREMY M SCHULTZ
Date: 2026.08.13 18:49:27 -05'00'

*Complainant's signature*

Jeremy M. Schultz, DHS-ICE Deporation Officer

*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 08/19/2026

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jeremy M. Schultz, Deportation Officer, United States Immigration and Customs Enforcement, being duly sworn and under oath state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO"), and have been employed with ICE for over 4 years. I am currently assigned to the Milwaukee, Wisconsin, office.

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including violations that constitute the unlawful re-entry into the United States by deported aliens in violation of 8 U.S.C. § 1326(a)(2) (reentry of removed aliens).

3. This affidavit is made in support of the issuance of a criminal complaint and arrest warrant against Angel BARAJAS-Baltazar ("BARAJAS-Baltazar"), DOB: 05/13/1957 aka DOB: 04-26-1957. All the information contained herein is based upon my personal knowledge and investigation or upon information supplied to me by other law enforcement officers or citizen witnesses, all of whom I believe to be truthful and reliable.

4. I currently have possession BARAJAS-Baltazar's Alien Registration File ("A-File"), # 024 284 722. The A-File is a collection of an alien's history maintained by the United States government. The file includes but is not limited to applications for residency, notice and orders of removal, warrant of deportations, fingerprints, photographs, and criminal history.

5. A review of the A-File indicates that BARAJAS-Baltazar is a native and citizen of Mexico. There is documented evidence that BARAJAS-Baltazar was previously removed from the United States on one prior occasion, namely March 01, 1997.

6. Our records further indicate that BARAJAS-Baltazar was last ordered removed from the United States on February 18, 1997, and was physically removed to Mexico at Calexico, California, March 01, 1997. There is no evidence in # 024 284 722 indicating that BARAJAS-Baltazar ever sought or obtained permission to return to the United States.

7. On July 04, 2026, the Milwaukee ICE ERO Office was informed that BARAJAS-Baltazar was arrested on April 14, 2026, by Elm Grove Police Department in Waukesha County, Wisconsin and was convicted on May 27, 2026, for Operating While Revoked (Rev due to alc/contr subst/refusal). The Milwaukee ICE ERO Office determined through biometric fingerprint comparison that the individual named BARAJAS-Baltazar arrested at the Waukesha County Jail was the same individual to which # A024 284 722 related and who had previously been ordered removed from the United States. Based upon that match, ICE ERO created a field operation worksheet for BARAJAS-Baltazar.

8. Based on the foregoing, I submit that there is probable cause to believe that BARAJAS-Baltazar is now in the United States without lawful authority, in violation of Title 8, United States Code, Section 1326(a)(2).